# United States District Court
# For The Western District of North Carolina
# Charlotte Division

ANTHONY SHARP,

    Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                 3:07CV460

GLAXOSMITH KLINE PHARMACEUTICAL,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2007 Order.

                                                  Signed: November 5, 2007

                                                  Frank G. Johns, Clerk
                                                  United States District Court