IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV460-1-MU

ANTHONY SHARP,                )
                              )
        Plaintiff,             )
                              )
    v.                        )       **O R D E R**
                              )
GLAXOSMITH KLINE PHARMACEUTICAL,  )
                              )
        Defendant.             )
_____)

**THIS MATTER** comes before the Court upon Plaintiff's Amended Complaint (Doc. No. 5), filed November 19, 2007.

On October 29, 2007, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 alleging that Defendant Glaxosmith Kline violated his civil rights by manufacturing a product it "knew had side effect or added risk to a individual's life . . . ." (Compl. at p. 1.) On November 5, 2007, pursuant to 28 U.S.C. § 1915(g), this Court dismissed Plaintiff's Complaint. Plaintiff has now filed a document entitled Amended Complaint. The Court notes that Plaintiff does not inform the Court how this very similar Complaint differs from his first. In any event, it does not matter, once a case is closed a party may not amend the Complaint. Finally, the Court notes that Plaintiff's Complaint was dismissed without prejudice and that he may refile but he must pay the entire filing fee.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Amended Complaint is **DISMISSED**.

Signed: December 4, 2007

Graham C. Mullen
United States District Judge